```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

VANESSA LEVINE,

                Plaintiff,        20-cv-2065 (JGK)

   - against -                 <u>ORDER</u>

HARVARD CLUB OF NEW YORK CITY et al.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff will file an amended complaint by April 29, 2020. The plaintiff may make a motion to remand by May 6, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
           April 22, 2020       <u>/s/ John G. Koeltl</u>
                                      John G. Koeltl
                              United States District Judge