

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

September 22, 2020

**Larry H. Lum**
212.915.5292 (direct)
Larry.Lum@wilsonelser.com

**VIA ECF**

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re: *Vanesa Levine v. Harvard Club of New York City, et al*
        Case No: 1:20-cv-02065-JGK
        Our File No.: 19052.00524

Dear Hon. Judge Koeltl:

We represent the Defendant, Harvard Club of New York City ("Harvard Club"), with respect to the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice, we are writing to request an adjournment of the Oral Argument currently scheduled for September 28, 2020 at 10:30 a.m. as this date falls on the High Holiday of Yom Kippur. Plaintiff's counsel and counsel for Defendant Professor Faris Saah consent to this request. We are of course amenable to a short adjournment or any date that is most convenient for Your Honor and the Court.

Should the Court have any questions, please do not hesitate to contact the undersigned.

    Respectfully submitted,

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

    */s/ Larry H. Lum*
    Larry H. Lum (3093)

cc: *all counsel via ECF and E-mail*

*[Handwritten:]* ADJOURNED TO WEDNESDAY, SEPTEMBER 30, 2020, AT 1:00PM. SO ORDERED. 9/23/20 /s/ John G. Koeltl USDJ

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

11142874v.1