UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESA LEVINE

                Plaintiff,

        20-cv-2065 (JGK)

- against -

        <u>ORDER</u>

HARVARD CLUB OF NEW YORK CITY and
FARIS SAAH,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated at the oral argument on September 30, 2020, the plaintiff's motion for remand is **granted**. The plaintiff's request for attorney's fees has been withdrawn and otherwise is **denied**. The Clerk is directed to close Docket Number 25, to remand this action to the New York State Supreme Court, New York County, and to close this case in this Court.

    SO ORDERED.

Dated:    New York, New York
            September 30, 2020

                                            John G. Koeltl
                                   United States District Judge